AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-4072 JSB |
| | ) | |
| Teodore Perez-Garcia | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A preliminary and detention hearing is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|---|
| | | Date and Time: October 10, 2012 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 5, 2012

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*